

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00087-CV

| | | |
|---|---|---|
| In re Tracy D. Williams, Rebecca Vanderbilt Reid, and Eugene P. Personne | § | Original Proceeding |
| | § | From the 415th District Court |
| | § | of Parker County (CV-12-1742) |
| | § | April 8, 2013 |
| | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered relators' petition for writ of injunction and is of the opinion that relief should be granted. Accordingly, relators' petition is granted. It is ordered that until this court has finally determined relators' pending interlocutory appeal in cause number 02-13-00089-CV, or until otherwise ordered by this court, respondent and its officers, agents, employees, attorneys, and all those acting in concert or participation with respondent are immediately enjoined from:

     1.     Entering upon relators' land (2267, 2228, 2300 Greg Street, Azle, Parker County, Texas 76020) to conduct any work whatsoever except within the 50-foot strip of land already cleared through relators' property, with ingress to and egress from such strip of land, and then only according to the terms of the 1953 LSG Easement as limited by Tex. Nat. Res. Code Ann. § 111.0194 and Texas Law;

2.     Cutting or causing to be cut any vegetation whatsoever on the relators' property except that which might have grown over the 50-foot strip of land already cleared through relators' property;

3.     Damaging or causing damage to  Ms. Williams' home, Ms. Reid's water well, or other real or personal property situated on relators' property; and

4.     Harassing relators in any way, including, but not limited to in person, in writing or by telephone, or otherwise attempting to improperly coerce relators into allowing Atmos to enter upon and damage their land.


It is further ordered that respondent Atmos Energy Corporation shall pay all costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By_____
Justice Anne Gardner